JS-6

# UNITED STATES DISTRICT COURT
## Central District of California

| | |
|---|---|
| ANDREW KERR, an individual,<br><br>    Plaintiff,<br><br>v.<br><br>EXEL INC.; and DOES 1 through 25, inclusive,<br><br>    Defendant. | Case No: 8:18-cv-01160-AG-JDE<br><br>ORDER TO DISMISS PLAINTIFF'S CLAIMS WITH PREJUDICE<br><br>Filed:  04/04/18<br>Trial Date: None Set |

  The Court, having considered the Parties' Joint Stipulation to Dismiss Claims with Prejudice, and finding good cause therefore, adopts the terms thereof as the Order of the Court, and hereby orders that case no. 8:18-cv-01160-AG-JDE be dismissed in its entirety with prejudice.

  IT IS SO ORDERED

Dated: 10/9/2018

                 United States District Court Judge
                 Andrew J Guilford